# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2853

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff-Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Arthur A. Blumeyer, III; | * | |
| | * | |
| Defendant, | * | |
| | * | Appeal from the United States |
| Hope P. Blumeyer; Arthur A. Blumeyer, | * | District Court for the Eastern |
| IV; Carter C. Blumeyer; Brian A. | * | District of Missouri. |
| Blumeyer; Peggy P. Blumeyer; Hope P. | * | |
| Blumeyer, guardian and custodian of a | * | [UNPUBLISHED] |
| minor, Hope P. Blumeyer; | * | |
| | * | |
| Defendants-Appellants, | * | |
| | * | |
| David D. Yeagley; Bel-Aire Insurance | * | |
| Company; Walter A. Rodgers, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: August 6, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Hope P. Blumeyer, Arthur A. Blumeyer IV, Carter C. Blumeyer, and Brian A. Blumeyer (collectively, the Blumeyers) appeal the district court's order dismissing their petitions brought under 21 U.S.C. § 853(n) (1994), in which the Blumeyers asserted legal interests in certain personal property ordered forfeited to the United States. Having carefully reviewed the record and the parties' briefs, we reject the Blumeyers' arguments and affirm for the reasons set out in the district court's thorough memorandum and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.